435 A.2d 1311

Feingold, Appellant v. Mueller, etc. et al.

Argued December 4, 1980. Allen Feingold, for appellant; Martin N. Ghen, for Mueller, appellee; William M. Shields, for Thunderbird, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.